[No. 13324-5-II. Division Two. September 10, 1990.]

*In the Matter of the Marriage of* SHARRON (HOFF) SEIFERT, *Petitioner, and* JEFFERY SEIFERT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 301941, Nile E. Aubrey, J., entered October 6, 1989. *Reversed* by unpublished per curiam opinion.

[Nos. 12212-0-II; 12216-2-II. Division Two. September 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN TAYLOR FRANICH, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. DAVID SALVADOR MADRID, JR., *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 85-1-02204-3, Thomas R. Sauriol, J., entered August 10, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 13135-8-II. Division Two. September 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK R. GULLING, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 89-1-00074-1, James B. Sawyer II, J., entered August 7, 1989. *Dismissed* by unpublished per curiam opinion.